IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IRENE TALAMANTEZ, on behalf of herself and others similarly situated, | § § § | NO. 5:22-CV-01304 |
| Plaintiff, | § § | |
| vs. | § § | |
| CHARTER COMMUNICATIONS, INC. D/B/A SPECTRUM CABLE, | § § § § | |
| Defendant. | § | |

## ORDER GRANTING VOLUNTARY DISMISSAL

The Court has before it the Voluntary Dismissal filed by Plaintiff Irene Talamantez ("Talamantez") filed on March 16, 2023. (Dkt. # 19.) After consideration, the Court is of the opinion that such Stipulation is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the individual claims and causes of action brought by Talamantez against Defendant Charter Communications, Inc., d/b/a Spectrum Cable ("Spectrum") in the above-captioned lawsuit are **DISMISSED** in their entirety **WITH** prejudice and all class claims and causes of actions brought by Talamantez against Spectrum are **DISMISSED** in their entirety **WITHOUT** prejudice, and that, as between Talamantez and Spectrum, each will bear its own attorneys' fees and costs incurred in connection with the above-captioned lawsuit.

1

The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

SIGNED this 17th day of March, 2023.

                                             _____
                                             U.S. DISTRICT JUDGE
                                             HONORABLE DAVID A. EZRA